No. 85–7163. LOCKHART v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 86–382. SUTTON ET AL. v. UNITED STATES. Temp. Emerg. Ct. App. Certiorari denied.

No. 86–391. ASHER v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 86–428. CUDD PRESSURE CONTROL, INC., ET AL. v. KINDLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–482. PATCHOGUE NURSING CENTER v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–493. TEXAS STATE COMMISSION FOR THE BLIND ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–505. LUBBOCK INDEPENDENT SCHOOL DISTRICT v. TEXAS EDUCATION AGENCY ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–512. HANKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–523. MOSHER STEEL CO., DIVISION OF TRINITY INDUSTRIES, ET AL. v. BROCK, SECRETARY OF LABOR. C. A. 11th Cir. Certiorari denied.

No. 86–525. PAN AMERICAN WORLD AIRWAYS, INC. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–534. CBS INC. v. MOLECULON RESEARCH CORP. C. A. Fed. Cir. Certiorari denied.

No. 86–537. PENA v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–541. WALLACE ET AL. v. ALLEGHENY-LUDLUM INDUSTRIES ET AL. C. A. 11th Cir. Certiorari denied.